# United States Bankruptcy Court
## District of Oregon

In re **Blue Star Doughnuts LLC**
Debtor(s)

Case No. _____
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Blue Star Doughnuts LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 26, 2020** | **/s/ Oren Buchanan Haker** |
| Date | **Oren Buchanan Haker 130162** |
| | Signature of Attorney or Litigant |
| | Counsel for **Blue Star Doughnuts LLC** |
| | **Stoel Rives LLP** |
| | **760 S.W. Ninth Avenue, Suite 3000** |
| | **Portland, OR 97205** |
| | **(503) 224-3380 Fax:(503) 220-2480** |
| | **oren.haker@stoel.com** |