# Blue Star Donuts

## BALANCE SHEET

As of July 31, 2020

| | TOTAL | | |
|---|---|---|---|
| | AS OF JUL 31, 2020 | AS OF JUN 30, 2020 (PP) | CHANGE |
| ASSETS | | | |
| Current Assets | | | |
| Bank Accounts | | | |
| 1010 Wells Fargo BS1 - 7178 | 571.59 | 722.83 | -151.24 |
| 1011 Wells Fargo BS2 - 7186 | 2,957.90 | 5,970.60 | -3,012.70 |
| 1012 Wells Fargo BS3 - 7202 | 3,831.83 | 6,947.30 | -3,115.47 |
| 1013 Wells Fargo BS5 - 7210 | 6,911.09 | 694.82 | 6,216.27 |
| 1015 Wells Fargo BS6 - 1473 | 436.35 | 446.70 | -10.35 |
| 1020 Wells Fargo  Corp Checking - 7160 | 151,914.06 | 67,050.80 | 84,863.26 |
| 1021 Commerce Bank Checking | 33,208.63 | 51,411.83 | -18,203.20 |
| 2023 Commerce Bank Checking - PPP | 197,600.50 | 278,617.34 | -81,016.84 |
| **Total Bank Accounts** | **$397,431.95** | **$411,862.22** | **$ -14,430.27** |
| Accounts Receivable | | | |
| 1200 Accounts Receivable (A/R) | 36,725.52 | 37,801.84 | -1,076.32 |
| **Total Accounts Receivable** | **$36,725.52** | **$37,801.84** | **$ -1,076.32** |
| Other Current Assets | | | |
| 1050 Deposits in Transit | 22,350.63 | 16,790.03 | 5,560.60 |
| 1300 Inventory Asset | 29,000.00 | 29,000.00 | 0.00 |
| 1410 Undeposited Funds | 0.00 | 7,951.81 | -7,951.81 |
| 1440 Rent Deposit | 47,529.81 | 47,529.81 | 0.00 |
| **Total Other Current Assets** | **$98,880.44** | **$101,271.65** | **$ -2,391.21** |
| **Total Current Assets** | **$533,037.91** | **$550,935.71** | **$ -17,897.80** |

Case 20-32485-pcm11   Doc 3   Filed 08/26/20

# Blue Star Donuts

## BALANCE SHEET

As of July 31, 2020

| | TOTAL | | |
| --- | --- | --- | --- |
| | AS OF JUL 31, 2020 | AS OF JUN 30, 2020 (PP) | CHANGE |
| Fixed Assets | | | |
| 1520 Kitchen Equipment | 462,600.30 | 462,600.30 | 0.00 |
| 1531 Ford Transit #1 | 31,900.00 | 31,900.00 | 0.00 |
| 1532 Ford Transit #2 | 31,900.00 | 31,900.00 | 0.00 |
| 1533 Ford Transit #3 | 41,731.73 | 41,731.73 | 0.00 |
| 1540 Computer Equipment | 19,417.08 | 19,417.08 | 0.00 |
| 1550 Furniture & Fixtures | 1,359.73 | 1,359.73 | 0.00 |
| 1560 Leasehold Improvements | 585,318.30 | 585,318.30 | 0.00 |
| 1570 Signage | 54,519.05 | 54,519.05 | 0.00 |
| 1620 Accumulated Depreciation | -1,178,983.78 | -1,178,983.78 | 0.00 |
| **Total Fixed Assets** | **$49,762.41** | **$49,762.41** | **$0.00** |
| Other Assets | | | |
| 1580 Pre-Opening Costs | 10,530.45 | 10,530.45 | 0.00 |
| 1590 §197 Intangibles | 240,000.00 | 240,000.00 | 0.00 |
| 1600 754 Asset - WP Price, LLC | 35,676.00 | 35,676.00 | 0.00 |
| 1610 754 Amortization | 64,495.00 | 64,495.00 | 0.00 |
| 1630 Accumulated Amortization | -163,535.50 | -163,535.50 | 0.00 |
| 1650 754 Asset - Katie | 931,762.00 | 931,762.00 | 0.00 |
| **Total Other Assets** | **$1,118,927.95** | **$1,118,927.95** | **$0.00** |
| **TOTAL ASSETS** | **$1,701,728.27** | **$1,719,626.07** | **$ -17,897.80** |

Case 20-32485-pcm11    Doc 3    Filed 08/26/20

# Blue Star Donuts

## BALANCE SHEET

### As of July 31, 2020

| | TOTAL | | |
|---|---|---|---|
| | AS OF JUL 31, 2020 | AS OF JUN 30, 2020 (PP) | CHANGE |
| **LIABILITIES AND EQUITY** | | | |
| Liabilities | | | |
| Current Liabilities | | | |
| Accounts Payable | | | |
| 2100 Accounts Payable (A/P) | 12,755.76 | 15,433.01 | -2,677.25 |
| **Total Accounts Payable** | **$12,755.76** | **$15,433.01** | **$ -2,677.25** |
| Credit Cards | | | |
| 2010 BofA Alaska Visa | 178,133.79 | 178,133.79 | 0.00 |
| 2015 BofA Card - Main (KT) | 1,617,122.84 | 1,616,687.92 | 434.92 |
| 2022 Payments | -1,718,245.43 | -1,719,076.18 | 830.75 |
| **Total 2010 BofA Alaska Visa** | **77,011.20** | **75,745.53** | **1,265.67** |
| 2050 Wells Fargo CC 2094 | -3,078.19 | -1,078.19 | -2,000.00 |
| Wells Fargo CC 1448 | 125.60 | 39.70 | 85.90 |
| Wells Fargo CC 1455 | 9,582.95 | 6,383.42 | 3,199.53 |
| Wells Fargo CC 1463 | 3,730.20 | 911.05 | 2,819.15 |
| Wells Fargo CC 1489 | 3,519.08 | 1,993.00 | 1,526.08 |
| Wells Fargo CC 1497 | 18,588.61 | 15,443.97 | 3,144.64 |
| Wells Fargo CC 1562 | 38,475.12 | 11,836.90 | 26,638.22 |
| Wells Fargo CC 1570 | 522.87 | 357.09 | 165.78 |
| Wells Fargo CC 1588 | 4,481.20 | 2,459.61 | 2,021.59 |
| **Total 2050 Wells Fargo CC 2094** | **75,947.44** | **38,346.55** | **37,600.89** |
| **Total Credit Cards** | **$152,958.64** | **$114,092.08** | **$38,866.56** |
| Other Current Liabilities | | | |
| 2110 401k Payable | 2,097.30 | 158.17 | 1,939.13 |
| 2120 Commerce - Operating Line | 300,000.00 | 300,000.00 | 0.00 |
| 2130 Payroll Clearing | 5,823.04 | 9,085.81 | -3,262.77 |
| 2310 Accrued Expenses | 52,726.76 | 52,726.76 | 0.00 |
| **Total Other Current Liabilities** | **$360,647.10** | **$361,970.74** | **$ -1,323.64** |
| **Total Current Liabilities** | **$526,361.50** | **$491,495.83** | **$34,865.67** |
| Long-Term Liabilities | | | |
| 2150 Ford Transit Loan | 10,757.34 | 11,413.16 | -655.82 |
| 2160 Ford Transit Loan #2 | 14,077.40 | 14,603.99 | -526.59 |
| 2170 Ford Transit Loan #3 | 23,818.13 | 24,511.83 | -693.70 |
| 2180 PPP Loan | 545,900.00 | 545,900.00 | 0.00 |
| **Total Long-Term Liabilities** | **$594,552.87** | **$596,428.98** | **$ -1,876.11** |
| **Total Liabilities** | **$1,120,914.37** | **$1,087,924.81** | **$32,989.56** |

Case 20-32485-pcm11    Doc 3    Filed 08/26/20

# Blue Star Donuts

## BALANCE SHEET

As of July 31, 2020

| | TOTAL | | |
| --- | --- | --- | --- |
| | AS OF JUL 31, 2020 | AS OF JUN 30, 2020 (PP) | CHANGE |
| Equity | | | |
| 3400 Katie Poppe - Equity | 966,074.44 | 966,074.44 | 0.00 |
| 3405 Katie Poppe - Draw | -306,399.96 | -306,399.96 | 0.00 |
| **Total 3400 Katie Poppe - Equity** | **659,674.48** | **659,674.48** | **0.00** |
| 3410 Micah Camden - Equity | 77,262.55 | 77,262.55 | 0.00 |
| 3415 Micah Camden - Draw | -176,136.72 | -176,136.72 | 0.00 |
| **Total 3410 Micah Camden - Equity** | **-98,874.17** | **-98,874.17** | **0.00** |
| 3420 Basil Bullard - Equity | 266,775.00 | 266,775.00 | 0.00 |
| 3425 Basil Bullard - Draw | -53,243.25 | -53,243.25 | 0.00 |
| **Total 3420 Basil Bullard - Equity** | **213,531.75** | **213,531.75** | **0.00** |
| 3430 Chip Rothenberger - Equity | 250,740.84 | 250,740.84 | 0.00 |
| 3435 Chip Rothenberger - Draw | -50,982.00 | -50,982.00 | 0.00 |
| **Total 3430 Chip Rothenberger - Equity** | **199,758.84** | **199,758.84** | **0.00** |
| 3440 WP Price Tax, LLC - Equity | 49,503.14 | 49,503.14 | 0.00 |
| 3445 WP Price Tax - Draw | -2,137.77 | -2,137.77 | 0.00 |
| **Total 3440 WP Price Tax, LLC - Equity** | **47,365.37** | **47,365.37** | **0.00** |
| 3900 Retained Earnings | 530,123.02 | 530,123.02 | 0.00 |
| 3910 Opening Balance Equity | -274,860.00 | -274,860.00 | 0.00 |
| Net Income | -695,905.39 | -645,018.03 | -50,887.36 |
| **Total Equity** | **$580,813.90** | **$631,701.26** | **$ -50,887.36** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,701,728.27** | **$1,719,626.07** | **$ -17,897.80** |

Case 20-32485-pcm11   Doc 3   Filed 08/26/20