# Blue Star Donuts

PROFIT AND LOSS

July 2020

|  | TOTAL | |
| --- | ---: | ---: |
|  | JUL 2020 | JUL 2019 (PY) |
| **Income** | | |
|   4010 Sales | 118,006.76 | 712,949.27 |
|   Discounts given | -183.12 | |
| **Total Income** | **$117,823.64** | **$712,949.27** |
| **Cost of Goods Sold** | | |
|   5001 Commissary Costs | 55,354.81 | 223,090.73 |
|   5100 Cost of labor - FOH | 7,711.66 | 93,655.81 |
|   5120 Kitchen Supplies - FOH | 795.83 | 4,193.28 |
|   5130 Purchases - FOH | 4,583.85 | 61,719.07 |
|   Packaging | 11,743.82 | |
| **Total Cost of Goods Sold** | **$80,189.97** | **$382,658.89** |
| **GROSS PROFIT** | **$37,633.67** | **$330,290.38** |
| **Expenses** | | |
|   4710 Unapplied Cash Bill Payment Expense | | 925.04 |
|   7200 Marketing | 416.90 | 1,181.99 |
|   Facilities | 14,106.49 | 51,427.85 |
|   Operating Expenses | | |
|     6100 Auto Expense | 6.00 | 1,173.51 |
|     6200 Bank Charges | 2,987.78 | 24,818.83 |
|     6600 Gifts | 100.00 | |
|     6650 Insurance | 3,795.91 | 3,579.12 |
|     6670 Janitorial Services | | 3,710.00 |
|     6750 Legal & Professional Fees | 550.67 | 17,792.32 |
|     6800 Dues & Subscriptions | 1,196.14 | 925.77 |
|     6900 Meals and Entertainment | 198.25 | 528.16 |
|     6910 Cell Phone | 138.63 | 272.30 |
|     6950 Office Expenses | 182.86 | 1,770.52 |
|     7080 Donation | | 1,245.74 |
|     7160 Meetings & Events | | 2,573.49 |
|     7170 Parking | 38.00 | 3,653.03 |
|     7180 Training & Education | | 193.85 |
|     7190 Travel & Lodging | | 302.73 |
|     7400 Taxes & Licenses | 862.30 | 29.37 |
|   **Total Operating Expenses** | **10,056.54** | **62,568.74** |
|   Payroll Tax and Benefits | 3,813.59 | 627.67 |
|   Salaries | 54,614.83 | 52,782.27 |
| **Total Expenses** | **$83,008.35** | **$169,513.56** |
| **NET OPERATING INCOME** | **$ -45,374.68** | **$160,776.82** |
| Other Income | $325.00 | $0.00 |
| Other Expenses | $5,807.58 | $0.00 |
| **NET OTHER INCOME** | **$ -5,482.58** | **$0.00** |

# Blue Star Donuts

## PROFIT AND LOSS
July 2020

|  | TOTAL | |
| --- | ---: | ---: |
|  | JUL 2020 | JUL 2019 (PY) |
| NET INCOME | $ -50,857.26 | $160,776.82 |