Oren B. Haker, OSB No. 130162
Kristin E. Russell, OSB No. 200074
Daniel R. Kubitz, OSB No. 181381
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Proposed Attorneys for Debtor
and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>BLUE STAR DOUGHNUTS LLC,<br>DBA BLUE STAR DONUTS,<br><br>                Debtor. | Case No. 20-32485-pcm11<br><br>Chapter 11<br><br>DECLARATION OF WILLIAM PRICE IN SUPPORT OF FIRST DAY PAPERS |

I, William Price, hereby declare under penalty of perjury:

1. Since January 2018, I have served as chief financial officer of Blue Star Doughnuts LLC, dba Blue Star Donuts ("**Company**" or "**Debtor**"), and am generally familiar with the Company's day-to-day operations, business and financial affairs, and books and records. I have personal knowledge of the facts stated in this Declaration. I am authorized to submit this Declaration on behalf of the Debtor, and if called upon to testify, I could and would testify competently to the facts set forth herein.

2. To minimize any disruption of the Company's business operations, the Debtor has filed certain motions (each, a "**Motion**," and collectively with related papers filed with the Court, "**First Day Papers**") seeking authority from the Court to allow the Debtor to meet certain obligations to its stakeholders, including its employees, vendors and customers. I am familiar

Page 1 - DECLARATION OF WILLIAM PRICE IN SUPPORT OF FIRST DAY PAPERS

with the contents of the First Day Papers and believe that the relief sought in each is necessary to enable the Debtor to continue operating as a "going-concern" and is in the best interest of the Debtor's estate and its stakeholders, including its principal lender, employees, vendors, customers, landlords, and members.

### The Debtor's Financial Condition Prior to Covid-19

3. Since joining the Company, I have worked closely with Katherine J. House, the Debtor's chief executive officer, to manage the company's finances with two goals in mind: financial stability and resiliency.

4. In 2018 the Company earned net sales of $6,287,405 and a gross profit of $2,606,315. Net income in 2018 was $244,349, or $2,443 per unit. The Company had seven retail locations operating for most of that year and opened its eighth location during the final week of 2018.

5. In 2019 the Company earned net sales of $6,780,174 and a gross profit of $2,785,411. Net income in 2019 was $518,018, or $5,180 per unit. The Company had eight retail locations operating throughout 2019.

6. As of December 31, 2019, the Company's balance sheet reflected a Quick Ratio of 1.49, Current Ratio of 3.17, Cash to Debt Ratio of 2.45 and a debt to equity ratio of just 0.2.

7. For the two-month period ending February 29, 2020, the Company had net sales of $940,703, gross profit of $262,388, and a net loss of -$65,843. For the same two-month period in 2019, the Company had net sales of $850,322, gross profit of $300,247, and a net loss of -$40,814.

8. Over its years in operation, the Company experiences a pronounced seasonality with respect to its cash flows, with the low points for sales revenue and working capital typically

occurring in Q1 of each calendar year. Q1 is the weakest quarter for the Company's sales and cash levels. In fact, the Company has run losses in Q1 for many years. The decrease in gross profit and increase in net loss when comparing the 2019 and 2020 financials is due primarily to wage and food cost inflation.

9. The majority of the Company's surplus cash flow was achieved during March-September of each year, due to high travel and tourism area locations. Two retail locations, the Morrison location and the Portland International Airport location accounted for over 50% of the annual revenue due to being high-traffic areas with densely occupied office spaces and travelers, respectively.

10. In line with historical performance, the Company's cash reserves were at annual low at the start of March 2020. Then, the local economy shut down in response to Covid-19.

### The Effects of Covid-19 on the Company's Financial Condition

11. In early March 2020, Ms. House and I closely monitored the impact of Covid-19 on the restaurant industry in Seattle and started working with Company employees to formulate a plan for surviving a possible shutdown of operations.

12. On March 12, 2020, the Company drew down on a working capital line of credit with Commerce Bank.

13. On March 16, 2020, Governor Kate Brown issued Executive Order 20-07 ("**EO-07**") directing the closure all in-person dining establishments in the state of Oregon.

14. That same day, the Company closed all eight of its retail locations and made the heart-breaking decision to lay off 80 employees, representing approximately four-fifths of the Company's total employees.

15. Also on March 16, the Company notified each of its landlords at its retail locations of the Company's closure of its retail locations in compliance with the Executive Order. In conjunction with each such notice, the Company proposed to each landlord a two to three month deferral of the base rent due under its lease with that landlord, provided that the Company continued to make payments of the "triple net" additional rent amounts due under each lease. These offers were aimed at helping the Company survive the closures imposed by EO-07, and to help maintain working capital for the reopening of our retail locations at a future date, while attempting to be fair to our landlords by continuing to cover the Company's portion of the additional expenses related to each location. While responses to our offers varied, all but one of our landlords were helpful, supportive, and flexible in working with the Company to bridge the shutdown. On behalf of the Company, Ms. House and I were unable to reach an accommodation with the landlord at our largest retail location in downtown Portland, which also served as the production kitchen for the entire retail operation.

16. March 2020 net sales were $233,496, compared to $601,827 in March 2019, and gross profit from operations was $7,999 in March 2020, compared to $287,657 in March 2019. The Company posted a net loss of $158,575 in March 2020 compared to a $122,051 net profit in March 2019, which was devastating for the Company's cash reserves and near-term business outlook.

17. Through all of April 2020, the Company's retail locations remained closed. Also that month, the Company launched a beta-stage wholesale product line for local grocery stores, and its net sales in April 2020, which were exclusively from the new wholesale line, were $29,969, compared to $541,632 from the Company's retail operation in April 2019.

Page 4   -   DECLARATION OF WILLIAM PRICE IN SUPPORT OF FIRST DAY
        PAPERS

107531657.7 0056668-00010

Case 20-32485-pcm11    Doc 9    Filed 08/26/20

18. Faced with an uncertain retail environment and potential long-term fluctuations, Ms. House and I moved swiftly to apply for applicable grants and loans. In April 2020, the Company applied for a loan under the Paycheck Protection Program ("**PPP**") and received $545,900 of financing on April 8 ("**PPP Loan**").

19. The Company's April 2020 net income was -$165,132, compared to $23,905 in April 2019. During this month, the Company had to cut its expenses and pivot its business model, given the uncertainties around the economic shutdown.

20. Though all of May 2020, the Company's retail locations remained closed, and its net sales for May 2020, which again were comprised entirely of wholesale sales to grocery stores, were $34,404, a 94% decrease from May 2019 net sales of $563,512. The Company's net loss for May was -$151,487, down slightly from the prior month.

21. On June 3, 2020, the Company reopened its retail location on Division Street to online preorder and walk-up business. At the end of June 2020, the Company reopened its retail location on Mississippi Avenue. The Company continued to sell to grocers in June 2020. The Company's June sales were $85,031, compared with $657,926 in June 2019. The Company's net loss for June 2020 was -$75,935, a nearly 50% reduction compared to the prior month.

22. In July 2020, the Company reopened a third retail location at the South Waterfront near the end of the month. The Company continued to sell to grocers in July 2020. July 2020 sales came in at $117,824, compared to $712,949 in July 2019. The Company's net loss for July was -$50,857, with an EBITDA net loss of just $45,375 after accounting for easily identifiable one-time expenses.

### Cash Flow Projections

23. I prepared the cash flow projections for the immediate 12 weeks following the Petition Date. A copy of these projections is attached hereto. Based on my role with the Company as chief financial officer, I believe these projections are conservative, and absent a future shutdown, I believe the Debtor can exceed revenue projections during the 12 weeks following the Petition Date.

### First Day Papers

A. **Cash Management Motion**

24. I have carefully reviewed the facts set forth in the *Debtor's Motion for Interim and Final Orders (I) Authorizing Continued Use of Existing Bank Accounts, (II) Scheduling a Final Hearing, and (III) Granting Related Relief* ("**Cash Management Motion**"). I believe that the facts set forth therein are true and correct to the best of my knowledge and belief. I further believe that the relief requested in the Cash Management Motion is necessary to allow the Debtor to operate with minimal disruption during the interim post-petition period pending a final hearing on the Cash Management Motion. If called upon to testify, I could and would testify competently to the facts set forth therein.

B. **Cash Collateral Motion**

25. I have carefully reviewed the facts set forth in the *Debtor's Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral, (II) Scheduling a Final Hearing, and (III) Granting Related Relief* ("**Cash Collateral Motion**"). I believe that the facts set forth therein are true and correct to the best of my knowledge and belief. I further believe that the relief requested in the Cash Collateral Motion is necessary to allow the Debtor to operate with minimal disruption during the interim post-petition period pending a final hearing on the Cash

Collateral Motion. If called upon to testify, I could and would testify competently to the facts set forth therein.

C. **Employee Wage Motion**

26. I have carefully reviewed the facts set forth in the *Debtor's Motion for Order Authorizing Payment of Prepetition Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes; and to Continue Employee Benefits Post-Petition* ("**Employee Wage Motion**"). I believe that the facts set forth therein are true and correct to the best of my knowledge and belief. I further believe that the relief requested in the Employee Wage Motion is necessary to allow the Debtor to continue operating during the post-petition period and propose and confirm a reorganization plan. If called upon to testify, I could and would testify competently to the facts set forth therein.

D. **Customer Program Motion**

27. I have carefully reviewed the facts set forth in the *Debtor's Motion for Order Authorizing the Debtor to Maintain and Administer its Existing Gift Card Program and honor Prepetition Obligations Related Thereto* ("**Customer Program Motion**"). I believe that the facts set forth therein are true and correct to the best of my knowledge and belief. I further believe that the relief requested in the Customer Program Motion is necessary to allow the Debtor to preserve the value of its operations as a "going-concern" during the post-petition period. If called upon to testify, I could and would testify competently to the facts set forth therein.

Pursuant to section 1746 of title 28 of the United States Code, I declare under penalty of perjury that the foregoing statements are true and correct.

DATED: August 26, 2020.

                                    */s/ William Price*
                                    Name: William Price
                                    Title: Chief Financial Officer
                                             Blue Star Doughnuts LLC

**Blue Star Donuts**
**13 Week Cashflow Forecast**

| Week Beginning | 24-Aug | 31-Aug | 7-Sep | 14-Sep | Total | 21-Sep | 28-Sep | 5-Oct | 12-Oct | Total | 19-Oct | 26-Oct | 2-Nov | 9-Nov | Total | 16-Nov | 13 WK Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 333,193.37 | $ 350,752.90 | $ 259,527.54 | $ 283,537.29 | $ 333,193.37 | $ 292,063.04 | $ 310,043.08 | $ 215,807.02 | $ 239,906.07 | $ 292,063.04 | $ 253,661.12 | $ 276,401.17 | $ 189,065.11 | $ 212,964.16 | $ 253,661.12 | $ 237,519.21 | $ 333,193.37 |
| **Add: In Flows** | | | | | | | | | | | | | | | | | |
| Gross Receipts | $ 29,500.00 | $ 33,000.00 | $ 35,000.00 | $ 30,000.00 | $ 127,500.00 | $ 30,000.00 | $ 30,000.00 | $ 35,000.00 | $ 35,000.00 | $ 130,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 140,000.00 | $ 35,000.00 | $ 432,500.00 |
| Other Income | | | | | $ - | | | | | $ - | | | | | $ - | | $ - |
| Total In | $ 29,500.00 | $ 33,000.00 | $ 35,000.00 | $ 30,000.00 | $ 127,500.00 | $ 30,000.00 | $ 30,000.00 | $ 35,000.00 | $ 35,000.00 | $ 130,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 140,000.00 | $ 35,000.00 | $ 432,500.00 |
| Total Available | $ 362,693.37 | $ 383,752.90 | $ 294,527.54 | $ 313,537.29 | $ 460,693.37 | $ 322,063.04 | $ 340,043.08 | $ 250,807.02 | $ 274,906.07 | $ 422,063.04 | $ 288,661.12 | $ 311,401.17 | $ 224,065.11 | $ 247,964.16 | $ 393,661.12 | $ 272,519.21 | $ 765,693.37 |
| **Less: Out Flows** | | | | | | | | | | | | | | | | | |
| Commissary - Delivery | $ 69.77 | $ 70.00 | $ 70.00 | $ 70.00 | $ 279.77 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 280.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 280.00 | $ 70.00 | $ 909.77 |
| Comm - Supplies | $ 765.81 | $ 766.00 | $ 766.00 | $ 766.00 | $ 3,063.81 | $ 766.00 | $ 766.00 | $ 766.00 | $ 766.00 | $ 3,064.00 | $ 766.00 | $ 766.00 | $ 766.00 | $ 766.00 | $ 3,064.00 | $ 766.00 | $ 9,957.81 |
| Comm - Purchases | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 19,600.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 19,600.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 19,600.00 | $ 4,900.00 | $ 63,700.00 |
| Comm - Packaging | $ 1,395.35 | $ 1,400.00 | $ 1,400.00 | $ 1,400.00 | $ 5,595.35 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 6,400.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 7,200.00 | $ 1,800.00 | $ 20,995.35 |
| Comm - Repairs and Maintenance | $ 523.95 | $ 523.95 | $ 523.95 | $ 523.95 | $ 2,095.80 | $ 523.95 | $ 523.95 | $ 523.95 | $ 523.95 | $ 2,095.80 | $ 523.95 | $ 523.95 | $ 523.95 | $ 523.95 | $ 2,095.80 | $ 523.95 | $ 6,811.36 |
| Front of House - COGS Purchases | $ 1,279.07 | $ 1,280.00 | $ 1,280.00 | $ 1,280.00 | $ 5,119.07 | $ 1,100.00 | $ 1,100.00 | $ 1,000.00 | $ 1,000.00 | $ 4,200.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 4,000.00 | $ 1,000.00 | $ 14,319.07 |
| FoH - Services and Supplies | $ 209.30 | $ 209.30 | $ 209.30 | $ 209.30 | $ 837.21 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 800.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 800.00 | $ 200.00 | $ 2,637.21 |
| Marketing | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 400.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 400.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 400.00 | $ 100.00 | $ 1,300.00 |
| Rents | | $ 18,600.00 | | | $ 18,600.00 | $ 18,600.00 | | | | $ 18,600.00 | $ 18,600.00 | | | | $ 18,600.00 | | $ 55,800.00 |
| Repairs and Maintenance | $ 232.56 | $ 250.00 | $ 250.00 | $ 250.00 | $ 982.56 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 1,000.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 1,000.00 | $ 250.00 | $ 3,232.56 |
| Utilities | $ 232.56 | $ 250.00 | $ 250.00 | $ 250.00 | $ 982.56 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 1,000.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 1,000.00 | $ 250.00 | $ 3,232.56 |
| Bank Charges | | | | $ 175.00 | $ 175.00 | | | | $ 175.00 | $ 175.00 | | | | $ 175.00 | $ 175.00 | | $ 525.00 |
| Insurance | | $ 3,500.00 | | | $ 3,500.00 | $ 3,500.00 | | | | $ 3,500.00 | $ 3,500.00 | | | | $ 3,500.00 | | $ 10,500.00 |
| Payroll Processing Fees | | $ 500.00 | | | $ 500.00 | $ 500.00 | | | | $ 500.00 | $ 500.00 | | | | $ 500.00 | | $ 1,500.00 |
| Professional Fees | | $ 250.00 | | | $ 250.00 | | $ 250.00 | | | $ 250.00 | | $ 250.00 | | | $ 250.00 | | $ 750.00 |
| Dues, Subscriptions, Fees | $ 279.07 | $ 300.00 | $ 300.00 | $ 300.00 | $ 1,179.07 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 1,200.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 1,200.00 | $ 300.00 | $ 3,879.07 |
| Business Meals | $ 46.51 | $ 50.00 | $ 50.00 | $ 50.00 | $ 196.51 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 200.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 200.00 | $ 50.00 | $ 646.51 |
| Cell Phone | | | $ 140.00 | | $ 140.00 | | | | | $ - | $ 140.00 | | | | $ 140.00 | $ 140.00 | $ 420.00 |
| Office Supplies | $ 46.51 | $ 50.00 | $ 50.00 | $ 50.00 | $ 196.51 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 200.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 50.00 | $ 200.00 | $ 50.00 | $ 646.51 |
| Parking | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 40.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 40.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 40.00 | $ 10.00 | $ 130.00 |
| EE Benefits | $ 1,850.00 | | | | $ 1,850.00 | $ 1,850.00 | | | | $ 1,850.00 | $ 1,850.00 | | | | $ 1,850.00 | $ 1,850.00 | $ 7,400.00 |
| Salaries & Payroll Taxes | | $ 88,500.00 | | $ 11,000.00 | $ 99,500.00 | | $ 88,500.00 | | $ 11,000.00 | $ 99,500.00 | | $ 86,500.00 | | | $ 86,500.00 | $ 11,000.00 | $ 296,500.00 |
| Interest Payment - Bank of America | | | $ 831.00 | | $ 831.00 | | | $ 831.00 | | $ 831.00 | | | $ 831.00 | | $ 831.00 | | $ 2,493.00 |
| Interest Payments - Commerce | | $ 840.00 | | | $ 840.00 | | $ 840.00 | | | $ 840.00 | | $ 840.00 | | | $ 840.00 | | $ 2,520.00 |
| Payments to Ford Motor Credit | | $ 1,876.11 | | | $ 1,876.11 | | $ 1,876.11 | | | $ 1,876.11 | | $ 1,876.11 | | | $ 1,876.11 | | $ 5,628.33 |
| Total Out | $ 11,940.47 | $ 124,225.36 | $ 10,990.25 | $ 21,474.25 | $ 168,630.33 | $ 12,019.95 | $ 124,236.06 | $ 10,900.95 | $ 21,244.95 | $ 168,401.91 | $ 12,259.95 | $ 122,336.06 | $ 11,100.95 | $ 10,444.95 | $ 156,141.91 | $ 23,259.95 | $ 516,434.11 |
| **Intra Company Transfers** | | | | | | | | | | | | | | | | | |
| Transfers In | | | | | $ - | | | | | $ - | | | | | $ - | | |
| Transfers Out | | | | | $ - | | | | | $ - | | | | | $ - | | |
| Ending Cash Balance | $ 350,752.90 | $ 259,527.54 | $ 283,537.29 | $ 292,063.04 | $ 292,063.04 | $ 310,043.08 | $ 215,807.02 | $ 239,906.07 | $ 253,661.12 | $ 253,661.12 | $ 276,401.17 | $ 189,065.11 | $ 212,964.16 | $ 237,519.21 | $ 237,519.21 | $ 249,259.26 | $ 249,259.26 |

Case 20-32485-pcm11    Doc 9    Filed 08/26/20