# United States Bankruptcy Court
## District of Oregon

In re: **Blue Star Doughnuts LLC**, Debtor(s)

Case No.  
Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Basil Bullard<br>2541 NW Overton Street<br>Portland, OR 97210 | Common Units | 15 | Ownership Interest |
| Gary "Chip" Rothenberger, Jr.<br>2737 NW Skyliners Rd<br>Bend, OR 97703 | Common Units | 15 | Ownership Interest |
| Katherine J. Poppe<br>aka Katherine J. House<br>3753 N Mississppi Ave<br>Portland, OR 97227 | Common Units | 46 | Ownership Interest |
| Micah L. Camden<br>2214 SE 8th<br>Portland, OR 97214 | Common Units | 14 | Ownership Interest |
| W.P. Price Tax and Accounting, LLC<br>c/o William Price<br>70 SW Century Drive 100-328<br>Bend, OR 97702 | Common Units | 1 | Ownership Interest |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **August 26, 2020**

Signature: **/s/ Will Price**  
**Will Price**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.