| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blue Star Doughnuts LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of America** 100 N Tryon Street Charlotte, NC 28255 | | **Business credit card purchases** | | | | $75,000.00 |
| **Breckenridge Storefronts & Entrances** c/o Chadd Westwood 17985 Braeden Ct Lake Oswego, OR 97035 | | **Misc. Business Debt** | | | | $930.00 |
| **DS Progress Ridge, LLC** c/o Donahue Schriber Realty Group, L.P. 200 East Baker Street, Suite 100 Costa Mesa, CA 92626 | | **Lease: 14985 SW Barrows Road, #127, Beaverton, Oregon** | | | | $22,532.39 |
| **Morrison Development, LLC** c/o Menashe Properties, Inc. Attn: Lease Administration 621 SW Alder, Suite 800 Portland, OR 97205 | **Jordan Menashe** jordan@menasheproperties.com 503.221.4040 | **Lease: 1155 SW Morrison Street, Portland, Oregon** | **Contingent Unliquidated Disputed** | | | $45,814.88 |
| **Restaurant Technologies, Inc.** 12962 Collections Center Drive Chicago, IL 60693 | | **Misc. Business Debt** | **Disputed** | | | $62.00 |

| Debtor | Blue Star Doughnuts LLC | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zions Bancorporation, N.A.**<br>**dba The Commerce Bank of Oregon**<br>**1211 SW Fifth Avenue, Suite 1250**<br>**Portland, OR 97204** | | **Paycheck Protection Program Loan** | | | | $545,900.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 20-32485-pcm11     Doc 20     Filed 08/27/20

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 26, 2020**        X **/s/ Will Price**
                                         Signature of individual signing on behalf of debtor

                                         **Will Price**
                                         Printed name

                                         **Chief Financial Officer**
                                         Position or relationship to debtor

Oren B. Haker, OSB No. 130162
Kristin E. Russell, OSB No. 200074
Daniel R. Kubitz, OSB No. 181381
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>BLUE STAR DOUGHNUTS LLC,<br>DBA BLUE STAR DONUTS,<br><br>Debtor. | Case No. 20-32485-pcm11<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br>(List of 20 Largest Unsecured Creditors) |

I hereby certify that on August 27, 2020, I served the "List of 20 Largest Unsecured Creditors" and along with self-adhesive mailing labels via US Postal Mail and via Electronic E-Mail to:

Mr. Stephen Arnot, Assistant US Trustee
U.S. Department of Justice
Office of the United States Trustee
620 S.W. Main Street, Room 213
Portland, OR 97205

**See Attached Current Creditor Mailing Label List**

I further certify that the following person(s) will be served electronically via ECF when the foregoing document is filed with the court:

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

Page 1   -   CERTIFICATE OF SERVICE

DATED: August 27, 2020.

STOEL RIVES LLP

*/s/ Jeannie Lihs*
Jeannie Lihs, RP
PACE® Registered Paralegal
Stoel Rives LLP
Attorneys for Debtor

Page 2   -   CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 20-32485-pcm11<br>District of Oregon<br>Portland<br>Thu Aug 27 09:10:07 PDT 2020 | Blue Star Doughnuts LLC<br>3753 N. Mississippi Ave<br>Portland, OR 97227-1158 | 1050 SW 6th Ave. #700<br>Portland, OR 97204-1160 |
| AAA Heating & Cooling, Inc.<br>5017 NE Grand Avenue<br>Portland, OR 97211-3803 | ADP, LLC<br>One ADP Boulevard<br>Roseland, NJ 07068-1786 | Adobe, Inc., dba Adobe Creative Cloud<br>345 Park Avenue<br>San Jose, CA 95110-2704 |
| Aflac Inc.<br>700 N Hayden Island Dr.<br>Portland, OR 97217-8182 | Apple, Inc.<br>One Apple Park Way<br>Cupertino, CA 95014-0642 | Atlasta Lock Company, Inc.<br>702 SE Grand Avenue<br>Portland, OR 97214-2299 |
| Auto-Chlor System of Oregon, Inc.<br>2050 SW Deerhound Avenue, Suite 101<br>Redmond, OR 97756-1481 | Auto-Chlor System of Oregon, Inc.<br>6212 NE 78th Court, Suite A<br>Portland, OR 97218-2935 | Auto-Chlor System of Oregon, Inc.<br>PO Box 957<br>Renton, WA 98057-0957 |
| Automatic Data Processing, Inc., dba ADP<br>10151 SE Sunnyside Road<br>Clackamas, OR 97015-6913 | Bank of America<br>100 N Tryon Street<br>Charlotte, NC 28255-0001 | Basil Bullard<br>2541 NW Overton Street<br>Portland, OR 97210-2440 |
| Belshaw Adamatic Bakery Group<br>814 44th Street, NW, #103<br>Auburn, WA 98001-1754 | Bitterman Salt Co.<br>1309 SE Division Street<br>Portland, OR 97202-1137 | Black Cat Plumbing, Inc.<br>8230 SE 72nd Avenue<br>Portland, OR 97206-8750 |
| Brandon Noe Uluan,<br>dba Pacific Northwest Hood Cleaning<br>2245 SW Wynwood Avenue<br>Beaverton, OR 97005-1236 | Brannon Ritner Lobdell, Architecture LLC<br>5420 NE 35th Place<br>Portland, OR 97211-7462 | Breckenridge Storefronts & Entrances<br>c/o Chadd Westwood<br>17985 Braeden Ct<br>Lake Oswego, OR 97035-7050 |
| Bulldog Mechanical & Remodeling Inc.<br>3307 NE 39th Street<br>Vancouver, WA 98661-3303 | Cascade Centers Inc.<br>7180 SW Fir Loop, Suite 22<br>Portland, OR 97223-8023 | Centurylink Inc.<br>4536 NE 116th Avenue<br>Portland, OR 97220-1419 |
| City Center Parking, Inc.<br>1005 SW Main Street<br>Portland, OR 97205-2413 | (p)CITY OF PORTLAND<br>OFFICE OF CITY ATTORNEY<br>RM 430<br>1221 SW 4TH AVE<br>PORTLAND OR 97204-1991 | Cleanline LLC<br>dba Cleanline Pro Cleaning Service<br>6030 SE 80th Avenue<br>Portland, OR 97206-6312 |
| Cloudburst Recycling, Inc.<br>2223 N Randolph Avenue<br>Portland, OR 97227-1712 | Coava Coffee Roasters, Inc.<br>1300 SE Grand Avenue<br>Portland, OR 97214-3442 | Comcast Cable Communications, LLC,<br>dba Xfinity<br>1701 JFK Boulevard<br>Philadelphia, PA 19103-2838 |

| | | |
|---|---|---|
| Complete Printing, Inc.,<br>dba NW Print Solutions<br>523 SE Yamhill Street<br>Portland, OR 97214-2361 | DS Progress Ridge, LLC<br>c/o Donahue Schriber Realty Group, L.P.<br>200 East Baker Street, Suite 100<br>Costa Mesa, CA 92626-4551 | Dana Lofstrom<br>c/o Grant Wenzlick<br>4805 SW 109th Avenue, Suite 100<br>Beaverton, OR 97005 |
| Dermer Holdings, LLC<br>Attention: Kirsten Dermer<br>6824 S. Centinela Avenue<br>Los Angeles, CA 90230-6301 | Dermer Holdings, LLC<br>c/o Jeff Dermer & Kirsten Dermer<br>Dermer Behrendt<br>13101 W. Washington Boulevard, #407<br>Los Angeles, CA 90066-5172 | Division33 LLC<br>c/o Urban Asset Advisors, LLC<br>422 NW 13th Avenue, PMB 808<br>Portland, OR 97209-2930 |
| Dolce Software, L.L.C.<br>500 Brooks Street<br>Missoula, MT 59801-4013 | Dynamic Hvac LLC<br>12013 NE 99th Street<br>Vancouver, WA 98682-2324 | Ecoguard Pest Management Inc.<br>750 SW 9th Avenue, #1104<br>Portland, OR 97205-2580 |
| Evergreen State Holdings, LLC, aka GuuD<br>212 North Street<br>Grass Valley, OR 97029 | FSA Store Inc.<br>240 West 37th Street, 6th Floor<br>New York, NY 10018-6644 | Face Life Services, Inc.<br>16636 Maple Circle<br>Lake Oswego, OR 97034-5630 |
| (c)FACEBOOK, INC.<br>1 HACKER WAY BLDG 10<br>MENLO PARK CA  94025-1456 | Farmers Insurance Group<br>PO Box 2527<br>Grand Rapids, MI 49501-2527 | Farmers Insurance Group<br>Woodbury & Malone<br>18654 Willamette Drive<br>West Linn, OR 97068-1708 |
| FedEx Office Print & Ship Center<br>221 SW Alder Street<br>Everett, WA 98203 | Ford Motor Credit Company<br>PO Box 105704<br>Atlanta, GA 30348-5704 | Ford Motor Credit Company<br>PO Box 524000<br>Omaha, NE 68154 |
| GT&P, LLC, dba 10th Avenue Liquor<br>925 SW 10th Avenue<br>Portland, OR 97205-2402 | Gary 'Chip' Rothenberger, Jr.<br>2737 NW Skyliners Rd<br>Bend, OR 97703-7357 | Gary P. Hansen, dba Lady-Lane Farm<br>aka Gary's Meadow Fresh)<br>13025 S Mulino Road<br>Mulino, OR 97042-9602 |
| General Parts, L.L.C.<br>16364 SW 72nd Avenue<br>Portland, OR 97224-7750 | Global Trading LLC<br>1331 NW Lovejoy Street, #900<br>Portland, OR 97209-3280 | Google, LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 |
| Gron, LLC<br>5134 SE Foster Road<br>Portland, OR 97206-3068 | GrubHub Inc.<br>111 W. Washington Street, Suite 2100<br>Chicago, IL 60602-2783 | H&H Supply LLC,<br>dba Belmont Coffee Service<br>2335 N Harding Avenue<br>Portland, OR 97227-1740 |
| Infinisource Inc.<br>PO Box 889<br>Coldwater, MI 49036-0889 | Internal Revenue Service<br>Bankruptcy Notices<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Intuit Inc., dba Quickbooks Online<br>2700 Coast Avenue<br>Mountain View, CA 94043-1140 |

| | | |
|---|---|---|
| Ismet Yetisen<br>3354 Cherry Street<br>Vancouver, BC V5R 4W5<br>CANADA | JKR, LLC dba Service Linen Supply<br>1331 NE 1st Street<br>Bend, OR 97701-4341 | Jacobsen Salt Co.<br>602 SE Salmon Street<br>Portland, OR 97214-3443 |
| James Hallsey Ameeti and<br>Cameron Allen Hollingshead,<br>dba Perfect Pour Services<br>PO Box 90684<br>Portland, OR 97290-0684 | Jon Cox Painting<br>718 NE 19th Avenue<br>Portland, OR 97232-2201 | Justin D. Leonard<br>Leonard Law Group<br>1 SW Columbia, Suite 1010<br>Portland, OR 97204-4024 |
| Kaiser Permanente<br>500 NE Multnomah Street<br>Portland, OR 97232-2099 | Kate Bingaman Burt<br>2500 NE Sandy Boulevard, Suite E<br>Portland, OR 97232-3546 | Katherine J. Poppe aka Katie J. House<br>3753 N. Mississippi Ave<br>Portland, OR 97227-1158 |
| Kymo Enterprises, LLC,<br>dba Sleeve A Message<br>543 Hanley Industrial Court, #102<br>Brentwood, MO 63144-1905 | MBA Administrators<br>830 N Main Street, Suite 200<br>Meridian, ID 83642-2611 | MVUAA LLC<br>c/o Urban Asset Advisors, LLC<br>422 NW 13th Avenue, PMB 808<br>Portland, OR 97209-2930 |
| Madison 34 Ray LLC<br>6010 NE Flanders Street, Suite B-1<br>Portland, OR 97213-3870 | Mcinnis Waste Systems, Inc.,<br>dba Republic Services of Portland<br>10239 NE Marx Street<br>Portland, OR 97220-1138 | Micah L. Camden<br>2214 SE 8th<br>Portland, OR 97214-4609 |
| Miir Flagship, LLC<br>3400 Stone Way, N.<br>Seattle, WA 98103-8983 | Modified Inc.<br>916 Main Street<br>Oregon City, OR 97045-1819 | Momo Cocoa Co LLC<br>930 NW 12th Avenue, #115<br>Portland, OR 97209-3067 |
| Morrison Development, LLC<br>c/o Menashe Properties, Inc.<br>Attn: Lease Administration<br>621 SW Alder, Suite 800<br>Portland, OR 97205-3623 | Multnomah County Tax Collector<br>501 SE Hawthorne Boulevard, #175<br>Portland, OR 97214-3577 | Multnomah County Tax Collector<br>PO Box 2716<br>Portland, OR 97208-2716 |
| My Plumbing Services LLC<br>17416 SE Brooklyn Street<br>Portland, OR 97236-1041 | NW Natural Gas Company<br>220 NW 2nd Avenue<br>Portland, OR 97209-3943 | Oregon Department of Revenue<br>Bankruptcy Notice Dept.<br>955 Center Street, NE<br>Salem, OR 97301-2555 |
| Oregon Screen Impressions, Inc.<br>3580 NE Broadway Street<br>Portland, OR 97232-1821 | PacifiCorp, dba Pacific Power<br>825 NE Multnomah Street<br>Portland, OR 97232-2135 | Pension Plan Specialists, PC<br>805 Broadway, Suite 600<br>Vancouver, WA 98660-3333 |
| Perkins & Company, PC<br>1211 SW Fifth Avenue, Suite 1000<br>Portland, OR 97204-3710 | Pitman Properties V, LLC<br>c/o Dan K. Pitman Manager<br>1535 SE 3rd Avenue<br>Portland, OR 97214-3347 | Pitman Restaurant Equipment, Inc.<br>1535 SE 3rd Avenue<br>Portland, OR 97214-3347 |

| | | |
|---|---|---|
| Portland Cider Company LLC<br>8925 SE Jannsen Road, Building F<br>Clackamas, OR 97015-7610 | Portland Disposal and Recycling, Inc.<br>7202 NE 42nd Avenue<br>Portland, OR 97218-1195 | Portland General Electric Company<br>PO Box 4438<br>Portland, OR 97208-4438 |
| Portland Visitors Map LLC<br>1220 SW Taylor Street<br>Portland, OR 97205-2104 | Professional Benefit Services<br>1193 Roxyvonne Avenue, Suite 22<br>Salem, OR 97302-6503 | Puratos Corporation<br>2650 N Marine Drive<br>Portland, OR 97217-7710 |
| Quick Pak Inc.<br>Dagmar Petersens Gade 104<br>8000 Aarhus C<br>DENMARK | Restaurant Technologies, Inc.<br>12962 Collections Center Drive<br>Chicago, IL 60693-0129 | Restaurant Technologies, Inc.<br>20600 SW 115th Avenue, #190<br>Tualatin, OR 97062-6859 |
| Restaurant Technologies, Inc.<br>2250 Pilot Knob Road, Suite 100<br>Mendota, MN 55120-1127 | Riad Nasry, dba Alfa Electric<br>7146 SW 158th Avenue<br>Beaverton, OR 97007-4991 | Riva Portland, LLC<br>c/o Cornerstone Real Estate Advisers, LL<br>2321 Rosecrans Avenue, Suite 4225<br>El Segundo, CA 90245-4958 |
| Robert John Cote,<br>dba Robert J. Cote Construction<br>13927 SE Matilda Drive<br>Milwaukie, OR 97267-2120 | Rsk Service Corporation<br>723 SE Lincoln Street C<br>Portland, OR 97214-4638 | Runamok Maple, LLC<br>3028 NE Sandy Boulvevard<br>Portland, OR 97232-2459 |
| Screen Gems, Inc.<br>10202 W Washington Boulevard<br>Culver City, CA 90232-3119 | Smith Teamaker, LLC<br>110 SE Washington Street<br>Portland, OR 97214-2127 | SoundTrack My Brand<br>Sveavagen 53<br>SE 113 59 Stockholm<br>SWEDEN |
| Square Inc.<br>1455 Market Street, Suite 600<br>San Francisco, CA 94103-1332 | State Accident Insurance Fund Corp., dba<br>SAIF Corporation<br>2 Centerpointe Drive<br>Lake Oswego, OR 97035-8618 | Steve D. Larson<br>Stoll Stoll Berne Lokting & Shlachter PC<br>209 SW Oak St, Suite 500<br>Portland, OR 97204-2740 |
| Susan Ford<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205-3089 | Sysco Portland, Inc.<br>26250 SW Parkway Center Drive<br>Wilsonville, OR 97070-9606 | Terra Hydr, Inc.<br>11670 SW Waldo Way<br>Sherwood, OR 97140-8356 |
| The Chefs Warehouse West Coast, LLC<br>3305 NW Guam Street<br>Portland, OR 97210-1611 | The City of Portland, Oregon<br>Portland Water Bureau<br>664 N Tillamook Street<br>Portland, OR 97227 | The Gillihan Group, Inc.,<br>dba Black Rabbit<br>10160 SW Nimbus Avenue<br>Portland, OR 97223-4338 |
| The Port of Portland<br>P.O. Box 3529<br>Attn: Concessions Leasing Manager<br>Portland, OR 97208-3529 | The Webstaurant Store, Inc.<br>2205 Old Philadelphia Pike<br>Lancaster, PA 17602-3400 | Travel Portland<br>877 SW Taylor Street<br>Portland, OR 97205-3021 |

| | | |
|---|---|---|
| Tri-County Metropolitan District of Oregon, dba TriMet<br>1800 SW 1st Avenue, Suite 300<br>Portland, OR 97201-5354 | US Foods, Inc<br>350 S Pacific Highway<br>Woodburn, OR 97071-5931 | US Small Business Administration<br>409 3rd St, SW<br>Washington, DC 20416-0005 |
| US Small Business Administration<br>SBA - Portland District Office<br>601 SW 2nd Ave, #950<br>Portland, OR 97204-3192 | US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Uline, Inc.<br>3131 Hogum Bay Road, NE<br>Lacey, WA 98516-3110 |
| Universal Fire Equipment, Inc.<br>18260 SW 100th Court<br>Tualatin, OR 97062-9465 | Uprinting.com<br>10930 Santa Monica Boulevard<br>West Los Angeles, CA 90025-4539 | W.P. Price Tax and Accounting, LLC<br>c/o William Price<br>70 SW Century Dr 100-328<br>Bend, OR 97702-3557 |
| Wells Fargo Bank, N.A.<br>PO Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>PO Box 6996<br>Portland, OR 97228-6995 | Wells Fargo Bank, N.A.<br>c/o Charles W. Scharf-CEO<br>101 N. Phillips Avenue<br>Sioux Falls, SD 57104-6714 |
| Wilderness, LLC<br>529 SE Grand Avenue, Suite 300-B<br>Portland, OR 97214-2232 | Zions Bancorporation, N.A.<br>dba The Commerce Bank of Oregon<br>1211 SW Fifth Avenue, Suite 1250<br>Portland, OR 97204-3745 | Zions Bancorporation, N.A.<br>dba The Commerce Bank of Oregon<br>c/o A. Scott Anderson-CEO<br>1 S Main Street<br>Salt Lake City, UT 84133-1109 |
| eCard Systems, Inc.<br>7109 Bakers Bridge Avenue<br>Brentwood, TN 37027-2910 | OREN B HAKER<br>Stoel Rives LLP<br>760 SW Ninth Avenue<br>Suite 3000<br>Portland, OR 97205-2587 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| City of Portland<br>City Attorney's Office<br>1221 SW 4th Ave, Rm 430<br>Portland, OR 97204 | (d)City of Portland, Revenue Division<br>111 SW Columbia Street, Suite 600<br>Portland, OR 97201 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Katherine M. Poppe              End of Label Matrix
                                   Mailable recipients   136
                                   Bypassed recipients     1
                                   Total                 137
```