Oren B. Haker, OSB No. 130162
Kristin E. Russell, OSB No. 200074
Daniel R. Kubitz, OSB No. 181381
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Proposed Attorneys for the Debtor
and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 20-32485-pcm11 |
| BLUE STAR DOUGHNUTS LLC, DBA BLUE STAR DONUTS, | Chapter 11 |
| Debtor. | DECLARATION OF DANIEL R. KUBITZ IN SUPPORT OF DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES, (II) AUTHORIZING CONTINUATION OF EMPLOYEE BENEFITS POST-PETITION, (III) SCHEDULING A FINAL HEARING, AND (IV) GRANTING RELATED RELIEF |

I, Daniel R. Kubitz, hereby declare under penalty of perjury:

1.        I am an associate attorney of Stoel Rives, LLP, the proposed attorneys for Blue

Star Doughnuts LLC ("**Debtor**") in the above captioned chapter 11 bankruptcy proceeding

("**Case**"). I am over 18 years of age. Except as otherwise stated herein, if I were called as a

witness, I could and would competently testify to the matters set forth herein from my own

personal knowledge.

Case 20-32485-pcm11    Doc 46    Filed 09/02/20

2.      The debtor filed its petition for relief under title 11 of the United States Code on August 26, 2020 ("**Petition Date**").

3.      On the Petition Date, the Debtor filed its *Motion for Interim and Final Orders (i) Authorizing Payment of Prepetition Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes, (ii) Authorizing Continuation of Employee Benefits Post-Petition, (iii) Scheduling a Final Hearing, and (iv) Granting Related Relief* ("**Motion**") [Docket No. 12].

4.      As directed by the Court at the first-day hearing on Friday, August 28, 2020 ("**First Day Hearing**"), attached hereto as Exhibit A is a statement ("**Wage Statement**") setting forth the Employee Compensation[1] to be paid to the Debtor's Employees that was earned between August 16, 2020 and August 25, 2020 ("**Prepetition Compensation Period**").  I assisted the Debtor in the preparation of the Wage Statement, and its accuracy has been confirmed by the Debtor's human resources director.

5.      In connection with the preparation of the Wage Statement, the Debtor determined that, in addition to Employee Compensation earned by certain of its part-time and full-time hourly employees during the prepetition period but unpaid as of the Petition Date, certain salaried employees had earned tips collected during the Prepetition Compensation Period that remained unpaid as of the Petition Date, which are reflected in the Wage Statement.

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

DECLARATION OF DANIEL R. KUBITZ IN SUPPORT OF DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES, (II) AUTHORIZING CONTINUATION OF EMPLOYEE BENEFITS POSTPETITION, (III) SCHEDULING A FINAL HEARING, AND (IV) GRANTING RELATED RELIEF

Pursuant to section 1746 of title 28 of the United States Code, I declare under penalty of perjury that the foregoing statement are true and correct.

DATED:  September 2, 2020.

/s/ Daniel R. Kubitz
Daniel R. Kubitz, OSB No. 181381
daniel.kubitz@stoel.com
Telephone:  503.224.3380
Facsimile:  503.220.2480

DECLARATION OF DANIEL R. KUBITZ IN SUPPORT OF DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES, (II) AUTHORIZING CONTINUATION OF EMPLOYEE BENEFITS POSTPETITION, (III) SCHEDULING A FINAL HEARING, AND (IV) GRANTING RELATED RELIEF

Blue Star Doughnuts, LLC
Prepetition Employee Wages and Tips (accrued 8/16/2020 to 8/25/2020)

| Employee | Status | Hours | Wages | Tips | Total |
|---|---|---|---|---|---|
| Employee 01 | PTH | 22.00 | $297.00 | $123.91 | $420.91 |
| Employee 02 | PTH | 28.28 | $381.78 | $159.29 | $541.07 |
| Employee 03 | PTH | 11.71 | $158.09 | $65.96 | $224.05 |
| Employee 04 | PTH | 32.26 | $469.39 | $181.70 | $651.09 |
| Employee 05 | PTH | 20.10 | $271.35 | $113.21 | $384.56 |
| Employee 06 | PTH | 19.57 | $264.20 | $110.22 | $374.42 |
| Employee 07 | PTH | 23.35 | $342.98 | $131.52 | $474.50 |
| Employee 08 | PTH | 0.00 | $0.00 | $0.00 | $0.00 |
| Employee 09 | PTH | 15.48 | $234.34 | $87.19 | $321.53 |
| Employee 10 | PTH | 1.00 | $18.00 | $0.00 | $18.00 |
| Employee 11 | PTH | 28.79 | $465.44 | $162.15 | $627.59 |
| Employee 12 | PTH | 0.00 | $0.00 | $0.00 | $0.00 |
| Employee 13 | PTH | 7.04 | $116.16 | $39.65 | $155.81 |
| Employee 14 | PTH | 29.43 | $485.60 | $165.76 | $651.36 |
| Employee 15 | PTH | 13.66 | $225.39 | $76.94 | $302.33 |
| Employee 16 | PTH | 5.30 | $82.15 | $29.85 | $112.00 |
| Employee 17 | FTH | 42.46 | $700.59 | $239.15 | $939.74 |
| Employee 18 | FTH | 33.72 | $556.38 | $189.92 | $746.30 |
| Employee 19 | FTH | 49.83 | $822.20 | $280.66 | $1,102.86 |
| Employee 20 | FTH | 43.92 | $680.76 | $247.37 | $928.13 |
| Employee 21 | salaried | n/a | $0.00 | $305.10 | $305.10 |
| Employee 22 | salaried | n/a | $0.00 | $0.00 | $0.00 |
| Employee 23 | salaried | n/a | $0.00 | $305.10 | $305.10 |
| Employee 24 | salaried | n/a | $0.00 | $0.00 | $0.00 |
| Employee 25 | salaried | n/a | $0.00 | $0.00 | $0.00 |
| Employee 26 | salaried | n/a | $0.00 | $0.00 | $0.00 |
| Employee 27 | salaried | n/a | $0.00 | $305.10 | $305.10 |
| Employee 28 | salaried | n/a | $0.00 | $0.00 | $0.00 |
| Employee 29 | salaried | n/a | $0.00 | $0.00 | $0.00 |
| Employee 30 | salaried | n/a | $0.00 | $0.00 | $0.00 |
| | Totals: | 427.9 | $6,571.79 | $3,319.75 | $9,891.55 |

PTH = Part-Time Hourly
FTH = Full-Time Hourly