| 09/15/2020 | TUESDAY | Judge Peter C McKittrick |
|---|---|---|

**9:30 AM** **20-32485 pcm 11 bk** **Blue Star Doughnuts LLC**

**Rescheduled Hearing re: Docket #17 Final Hearing on Use of Cash Collateral**

Blue Star Doughnuts LLC - db    x DANIEL KUBITZ , Oren Haker x

Amy E Mitchell - tr   x

x Justin Leonard - Katherine Poppe x
x William Price
x Christian Torimino - UST
x Howard Levine, x Tom Stilley, x Susan Ford - Zions Bancorporation
Dan Pahl - Appraiser x

Evidentiary Hearing:    Yes: ☐    No: ☐

Parties reached an agreement as stated on the record. Cash collateral authorized as provided for in the budget with additional provisions and changes outlined by the parties.

Court also gave final approval to Motion to authorize continued use of bank accounts. Mr. Haker to submit orders on both motions.

Order to be prepared by: ☐ Clerk's Office ☐ Chambers ☐

DOCKET ENTRY:

Run Date:    09/15/20

Case 20-32485-pcm11    Doc 84    Filed 09/15/20